IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:08CR238-1 |
| KRISTA YEATTS | : |

The Grand Jury charges:

From on or about December 23, 2002, continuing up to and including on or about October 23, 2006, the exact dates to the Grand Jurors unknown, in the County of Forsyth, in the Middle District of North Carolina, KRISTA YEATTS, while employed directly and indirectly as an office manager by the Office of the International Association of Machinists, Local Lodge 2444, Winston-Salem, North Carolina, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $47,746.01; in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

_____
FOREPERSON

_____
ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY